Allen Broslovsky #124102
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, California 93291
Telephone: (559) 625-8425
Facsimile: (559) 625-8491

Attorneys for Defendant LINDA K. FISCHER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THOMAS W. FISCHER,<br>　　　　　Plaintiff<br>v.<br>LINDA K. FISCHER,<br>　　　　　Defendant. | Case No. CiV-F-03-5065 REC-SMS<br><br>**STIPULATION and ORDER** |

　　　　PLEASE BE ADVISED THAT Plaintiff THOMAS W. FISCHER, represented by Donald Lescoulie, Esq. and Defendant LINDA K. FISCHER, represented by Allen Broslovsky, Esq. of Bourdette & Partners hereby agree and stipulate to the following scheduling changes in the above-entitled matter:

Last Day for Expert Witness Disclosure:　　　from 7/29/05 to **8/31/05.**

<u>Discovery cut-off for non-expert discovery:</u>     from 7/29/05 to **8/31/05**
<u>Expert discovery cut-off:</u>                                    from 8/31/05 to **9/30/05**

All other dates to remain the same.

Dated: July 11, 2005                                             Dated: July 11, 2005

<u>/s/ Donald Lescoulie</u>                                         <u>/s/ Allen Broslovsky</u>
Donald Lescoulie, Esq.                                        Allen Broslovsky, Esq.
For Plaintiff Thomas Fischer                              For Defendant Linda K. Fischer


IT IS SO ORDERED.

**Dated:   July 12, 2005**                                   <u>      /s/ Lawrence J. O'Neill      </u>
b9ed48                                                                UNITED STATES MAGISTRATE JUDGE