Philip C. Bourdette #47492
Allen Broslovsky #124102
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, California 93291
Telephone: (559) 625-8425
Facsimile: (559) 625-8491

Attorneys for Defendant LINDA K. FISCHER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| THOMAS W. FISCHER,<br>        Plaintiff<br>v.<br>LINDA K. FISCHER,<br>        Defendant. | Case No. CiV-F-03-5065 REC-SMS<br><br>**STIPULATION and ORDER** |

PLEASE BE ADVISED THAT Plaintiff THOMAS W. FISCHER, represented by Donald Lescoulie, Esq. and Defendant LINDA K. FISCHER, represented by Allen Broslovsky, Esq. of Bourdette & Partners hereby agree and stipulate that the Mandatory Settlement Conference, now scheduled for July 12, 2005 in the above-entitled matter be

rescheduled to Thursday, September 8, 2005 at 2:00 p.m.


Dated: July  11 , 2005                                              Dated: July 11, 2005

/s/ Donald Lescoulie                                              /s/ Allen Broslovsky
Donald Lescoulie, Esq.                                         Allen Broslovsky, Esq.
For Plaintiff Thomas Fischer                                For Defendant Linda K. Fischer


IT IS SO ORDERED.

**Dated:    July 12, 2005**                                    _____/s/ Lawrence J. O'Neill_____
b9ed48                                                                   UNITED STATES MAGISTRATE JUDGE