1 BRIAN C. LEIGHTON, CA BAR 090907
701 Pollasky Avenue
2 Clovis, CA   93612
Telephone: (559) 297-6190
3 Facsimile:  (559) 297-6194

4 DONALD LESCOULIE, CA BAR 82278
7100 N. Financial Drive, Suite 105
5 Fresno, CA 93720
Telephone: (559) 432-9122
6 Facsimile:  (559) 431-2267

7 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. FISCHER, | CASE NO.  CIV-F-03-5065 LJO-SMS |
| Plaintiff, | |
| v. | **DISMISSAL WITH PREJUDICE** |
| LINDA K. FISCHER, *et al* | |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and based upon a voluntary settlement between the parties in this action which settlement was stated on the record on Friday, August 4, 2006 before the Honorable Magistrate Judge Sandra M. Snyder, Plaintiff hereby dismisses this entire action with prejudice.

DATED:     August 8, 2006                         Respectfully Submitted



                                                  /S/BRIAN C. LEIGHTON
                                                  BRIAN C. LEIGHTON, Attorney for

**DISMISSAL WITH PREJUDICE**

1 | Plaintiff. Thomas W. Fischer

3 | IT IS SO ORDERED.

4 | **Dated:   September 22, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                                UNITED STATES MAGISTRATE JUDGE

**DISMISSAL WITH PREJUDICE**

2